

# IN THE
# TENTH COURT OF APPEALS

### No. 10-22-00140-CR

**JACOB PAPE,**

**Appellant**

**v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the 85th District Court
Brazos County, Texas
Trial Court No. 20-02231-CRF-85**

## MEMORANDUM OPINION

Appellant, Jacob Pape, appealed the trial court's judgment of conviction.  He now moves to dismiss the appeal.  Appellant and his attorney have signed the motion.  *See* TEX. R. APP. P. 42.2(a).

Appellant's motion to dismiss is granted, and this appeal is dismissed.  *Id.*

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Motion granted
Appeal dismissed
Opinion delivered and filed June 22, 2022
Do not publish
[CR25]

